MIRIAM HOMES, INC., A CORPORATION OF THE STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. ZONING BOARD OF ADJUSTMENT OF THE CITY OF PERTH AMBOY AND BUILDING INSPECTOR OF THE CITY OF PERTH AMBOY, DEFENDANTS-RESPONDENTS.

Argued March 21, 1977—Decided March 13, 1978.

*Mr. Sanford Rader* argued the cause for appellant (*Messrs. Kovacs, Anderson, Horowitz,* attorneys).

*Mr. Richard D. Millet* argued the cause for respondents.

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the majority opinion of the Appellate Division, reported at 156 *N. J. Super.* 456.

PASHMAN and SCHREIBER, JJ., dissenting. We dissent essentially for the reasons stated in Judge Horn's dissenting opinion. It is our understanding that, although the majority has approved zoning the plaintiff's property into idleness, the plaintiff is not precluded from instituting an action for inverse condemnation or other appropriate relief to avoid payment of taxes on sterile property.

*For affirmance*—Chief Justice HUGHES, Justices SULLIVAN and CLIFFORD and Judge CONFORD—4.

*For reversal*—Justices PASHMAN and SCHREIBER—2.